1030

[No. 39827-3-II.   Division Two.   August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DELESSIA JOAN CHAPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00251-6, S. Brooke Taylor, J., entered September 18, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 39961-0-II.   Division Two.   August 6, 2010.]

NANCY JENKINS, *Appellant*, v. TARGET CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-2-00954-0, John F. Nichols, J., entered October 30, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 59146-1-I.   Division One.   August 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SCOTT LATOURETTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01138-4, Sharon S. Armstrong, J., entered November 13, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Appelwick, JJ.

The prior unpublished opinion in this cause, which was filed on March 31, 2008 and noted at 143 Wn. App. 1046, was *withdrawn* by order of the Court of Appeals dated August 9, 2010.